**Marjorie ZICHERMAN, individually and as executrix under the estate of Muriel A.M.S. Kole; Muriel Mahalek, mother and next of kin of Muriel A.M.S. Kole, Plaintiff–Appellees/Cross–Appellants,**

**Michael Kole, Plaintiff,**

v.

**KOREAN AIR LINES CO., LTD., Defendant–Appellant/Cross–Appellee.**

**Nos. 93–7490, 93–7546.**

United States Court of Appeals, Second Circuit.

Aug. 14, 1996.

Before: LUMBARD, VAN GRAAFEILAND and WINTER, Circuit Judges.

## *ORDER*

ORDERED that this matter be remanded to the District Court to determine whether decedent's sister was dependent upon decedent and entitled to loss of support and inheritance damages.